**Order entered May 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00338-CV

### FREDERICK E. MCDONALD, IV, Appellant

### V.

### EMILY MCDONALD, Appellee

### On Appeal from the 301st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-07-09019

## ORDER

We **GRANT** appellant's May 22, 2015 second motion for an extension of time to file a brief. Appellant shall file a brief by **JULY 8, 2015**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
           JUSTICE